UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOY HORAN,

                              Appellant,

        v.

UNITED STATES OF AMERICA,

                              Appellee.

Case No. 3:18-cv-00047-MMD

ORDER

This case involves an appeal of the Magistrate Judge's finding of guilt and imposition of fine on a citation. Appellant Joy Horan seeks leave to proceed in forma pauperis. (ECF No. 1.) The Court finds that based on Appellant's financial status, she should be permitted to proceed without paying the filing fees and will grant her request. Appellant has also demonstrated good cause to excuse her late filing of the notice of appeal. Appellant has not demonstrated that counsel should be appointed at this time. The Court will direct that a transcript of the trial be provided to Appellant in light of her indigent and pro se status. The transcript will also assist the Court in addressing this appeal. A separate order will be issued to set the briefing schedule.

It is therefore ordered that Appellant's application to proceed in forma pauperis (ECF No. 1) is granted.

It is further ordered that Appellant's motion for extension of time to file a notice of appeal (ECF No. 4) is granted.

It is further ordered that a transcript of the bench trial held on January 9, 2018, be produced to Appellant.

DATED THIS 13th day of February 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2